UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES S. DENNEY, and wife<br>TERRI ANNE DENNEY, | )<br>) |
|     Plaintiffs, | )<br>) |
| v. | )<br>) |
| FORENSIC ANALYSIS<br>ENGINEERING CORPORATION, | )<br>)<br>) No. 3:06-0136 |
|     Defendant/<br>    Third Party Plaintiff, | ) JUDGE ECHOLS<br>)<br>) |
| v. | )<br>) |
| MATERIALS ANALYTICAL<br>SERVICES, INC., | )<br>)<br>) |
|     Third Party Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Third-Party Defendant's Motion to Dismiss (Docket Entry No. 12) is hereby GRANTED and Third Party Defendant Materials Analytical Services, Inc., is hereby DISMISSED WITHOUT PREJUDICE from the suit for lack of personal jurisdiction.

(2) Plaintiffs' Rule 21 Motion and Memorandum to Sever FAEC's Third Party Claim Against MAS (Docket Entry No. 14) is hereby DENIED AS MOOT.

1

(3) Plaintiffs' Rule 12(f) Motion and Memorandum to Strike FAEC's Third Defense Blaming Thomas Boyers (Docket Entry No. 19) is hereby DENIED.

(4) This case is hereby returned to the Magistrate Judge for further case management in accordance with Local Rule 16.01.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE